**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROGER MERRILL** | | **1:20-cv-02822-DAP** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **COMPUTERSHARE. INC. ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The above-captioned case was filed on December 22, 2020. Thus, service was to be completed by March 22, 2021. Fed. R. Civ. P. 4(m). It is now March 29, 2021, and no proof of service has yet been filed.

Accordingly, the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED.

***/s/ Dan A. Polster March 29, 2021***
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**